**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
CAMEAN PARKER,

                Plaintiff,                          19 **CIVIL** 7139 (RA)

      -against-                              **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY

                Defendant.
---------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Order dated August 25, 2020, as no objections to Judge Cave's thorough and well-reasoned Report were filed, the Court reviews the Report for clear error. After careful review of the record and exhibits submitted with the complaint, the Court finds no error and thus adopts the Report in its entirety. Accordingly, Plaintiff's motion for judgment on the pleadings is granted, the Commissioner's motion for judgment on the pleadings is denied, the Commissioner's decision denying benefits to Plaintiff is vacated, and this action is remanded to the agency for further administrative proceedings, and this case is closed.

**Dated:** New York, New York
         August 26, 2020

                                                           **RUBY J. KRAJICK**
                                                           _____
                                                             **Clerk of Court**
                                        **BY:**
                                                                **Deputy Clerk**